

# NUMBER 13-20-00350-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE MATTER OF BUMSTEAD FAMILY IRREVOCABLE TRUST

---

On appeal from the Probate Court No. 1
of Harris County, Texas.

---

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria
Order Per Curiam**

On August 10, 2020, this Court issued an order (1) granting in part and denying

in part "Appellants' Motion for Emergency Stay and To Remand the Trial Court's Order

for Further Proceedings,"[1] and (2) directing appellees[2] to file a response to that motion.[3]

---

[1] Appellants include Taylor C. Moss, individually, as trustee of the TCM Trust; the Bumstead Living Trust; the Bumstead Family Trust; the Bumstead Survivor's Trust; and the Sylvia M. Bumstead Revocable Trust, and as Manager of Wolf Trot Properties, LLC and Wolf Trot Properties d/b/a Melia Investments, LLC, DeisoMoss, LLC and DeisoMoss Property Management, LLC.

[2] Appellees include Debra M. Holzworth, Kathryn S. Marcotte, and Carol Bumstead Moss, Individually, as Trustees of their respective Exempt Trusts, as Trustees of their respective Descendant's Trusts, as Co- Trustees of the Bumstead Family Irrevocable Trust, and as Named Co-Trustees of the Bumstead Family Trust.

[3] This cause was transferred to this Court from the Fourteenth Court of Appeals pursuant to order

The Court has now received appellees' response to appellants' emergency motion and has further received a reply thereto from appellants.

The Court, having examined and fully considered the emergency motion, the response, and the reply, is of the opinion that the emergency stay previously granted, in part, by this Court shall remain in effect as stated in our August 10, 2020 order. The parties' briefing on appellants' emergency motion clearly indicates that the merits of the emergency motion are inextricably linked to the merits of the appeal itself, and based on the facts and circumstances presented, this Court's order maintains the status quo pending appeal. *See* TEX. R. APP. P. 29.3 (providing that the appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal); *In re Geomet Recycling LLC*, 578 S.W.3d 82, 89 (Tex. 2019) (orig. proceeding) ("Rule 29.3 gives an appellate court great flexibility in preserving the status quo based on the unique facts and circumstances presented."). The Court will entertain any motions deemed necessary to advance this appeal on its docket.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
20th day of August, 2020.

---

issued by the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. § 73.001.